**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GAYLE RAVELING, | Case No. 2:16-CV-1779 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| NEVADA HEART AND VASCULAR CENTER, LLP, | |
| Defendant(s). | |

Presently before the court is the matter of *Raveling v. Nevada Heart and Vascular Center, LLP*, case number 2:16-cv-1779-JCM-VCF.

On September 21, 2016, defendant Nevada Heart and Vascular Center, LLP filed a motion to dismiss. (ECF No. 11).

On October 12, 2016, plaintiff Gayle Raveling filed an amended complaint. (ECF No. 15).

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 11) be, and the same hereby is, DENIED without prejudice as moot.

DATED October 20, 2016.

_____
UNITED STATES DISTRICT JUDGE