STEPHEN R. HACKETT
Nevada Bar No. 5010
JOHNATHON FAYEGHI
Nevada Bar No. 12736
SKLAR WILLIAMS PLLC
410 S. Rampart Boulevard, Ste. 350
Las Vegas, NV 89145
Telephone (702)360-6000
Facsimile (702)360-0000
Email: shackett@sklar-law.com
Email: jfayeghi@sklar-law.com

*Attorneys for Defendant*
*Nevada Heart and Vascular Center, LLP*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAYLE RAVELING, individually,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA HEART AND VASCULAR CENTER LLP, a Domestic Limited-Liability Partnership,<br><br>Defendant. | CASE NO: 2:16-cv-01779-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff GAYLE RAVELING, an individual, by and through her attorney of record, Paul S. Padda, Esq., of the law firm PAUL PADDA LAW, PLLC and Defendant NEVADA HEART AND VASCULAR CENTER LLP, a Nevada limited liability partnership, by and through its attorney of record, Stephen R. Hackett, Esq., of the law firm SKLAR WILLIAMS PLLC, hereby stipulate and agree to the dismissal of this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties, and each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

This Stipulation is entered into in good faith, and in the interest of judicial economy.

Respectfully Submitted,

Dated this 13th day of January, 2017.                    Dated this 13th day of January, 2017.

SKLAR WILLLIAMS PLLC                                  PAUL PADDA LAW, PLLC

*/s/ Stephen R. Hackett*                                         */s/ Paul S. Padda*
Stephen R. Hackett, Esq.                                      Paul S. Padda, Esq.
Nevada Bar No. 5010                                            Nevada Bar No. 10417
Johnathon Fayeghi, Esq.                                       4240 W. Flamingo Road., Suite 220
Nevada Bar No. 12736                                          Las Vegas, Nevada 89103
410 S. Rampart Boulevard, Ste. 350                  *Attorneys for Plaintiff Gayle Raveling*
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*Nevada Heart and Vascular Center LLP*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 17, 2017

2